J. HEWITT MORGAN et al., as Trustees under the Will of DAVID P. MORGAN, Deceased, Appellants, *v.* UNITED STATES MORTGAGE AND TRUST COMPANY, Respondent.

Reported below, 125 App. Div. 22.
(Argued January 4, 1909; decided January 12, 1909.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1908, which reversed

a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial and granted a new trial. The motion was made upon the ground that the reversal by the Appellate Division was upon the facts as well as the law.

*George M. Mackellar* for motion.

*Julian T. Davies, Jr.,* opposed.

Motion granted upon payment, within twenty days, of the taxable costs, excluding argument fee.